Christopher Hawkins
(Name)

1173 front st
(Address)

San Diego Ca 92101
(City, State, Zip)

20912411
(CDCR / Booking / BOP No.)

**FILED**

Nov 10 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ JenniferS _____ DEPUTY

# United States District Court
## Southern District of California

Christopher Hawkins,
(Enter full name of plaintiff in this action.)

Daryl Dunsmore et al

Plaintiff,

v.

San Diego County, San Diego County
Jail, office of assigned Counsel,
Micheal Cocerra william trailer
Jackie Braden Does, 1-10
(Enter full name of each defendant in this action.)

Defendant(s).

'20 CV 2200 WQHKSC

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

URGENT

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

US Const 1, 4, 5, 6, 14 and The preample of the US Const and 8Th amendments.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Christopher Hawkins
(print Plaintiff's name)
Daryl Dunsmore, who presently resides at 1173 front st
(mailing address or place of confinement)
San Diego Ca 92101, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at San Diego
County Jail on (dates) 2018, 2019, and 2020.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _San Diego County_ resides in _San Diego_ ,
(name)　　　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a _County_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _The individue is a county responsible_
_for supervision of the laws and policy of employed_
_agencies contractors and employees concerning Const right._

Defendant _Office of assigned Counsel_ resides in _San Diego_ ,
(name)　　　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a _Contractor or other entity_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _This individule conducts business with_
_Defendant San Diego County concerning plaintiffs Due_
_Process legal access_ .

Defendant _William Turner_ resides in _San Diego_ ,
(name)　　　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a _Employee of (OAC)_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _This individule is an employee of the_
_State and County agency (OAC)_

Defendant _Michael Garcia_ resides in _San Diego_ ,
(name)　　　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a _Employee of (OAC)_ . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _This individule is an employee of_
_The State and County agency (OAC)_

§ 1983 SD Form
(Rev. 2/05)

2

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _Jackte Bradler_ resides in _San Diego_ ,
     (name)          (County of residence)
and is employed as a _Employee of OAC_ . This defendant is sued in
       (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _This indwidule is a employee of The State_
_and county agency ( OAC )_
_____ .

Defendant _San Diego County Jail_ resides in _San Diego_ ,
     (name)          (County of residence)
and is employed as a _Jail_ . This defendant is sued in
       (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _This individule is a Jeal agency Contructor or_
_other enitij responsible for The Custraly care and upholding_
_Low policy Corecrning pluratif Const rights_ .

Defendant _____ resides in _____ ,
     (name)          (County of residence)
and is employed as a _____ . This defendant is sued in
       (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____
_____
_____ .

Defendant _____ resides in _____ ,
     (name)          (County of residence)
and is employed as a _____ . This defendant is sued in
       (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____
_____
_____ .

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>:  The following civil right has been violated:    Due Process

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

The Defendants have established Law policy and procedure That Abridges The rights of Plaintiffs and all others similarily Situated Plaintiffs are class members of individuals reconized as pro se citizents Said Defendants are obstructing Plaintiffs access to The Courts with erroneous policy written or unwritten which allows Them to make Judicial Occisions although Not Judicial officers or (Judges) to refuse to file legal Documents, Block writs, Legal Mail, Legal Tools, Legal access to Collateral attack, Computer instruction or Research access, Computer assistence or Training Services of parties copies of Documents for Service and any and all other Means To obstruct The ability of plaintiffs To represent Themselfs and To have fair Hearings or trials or To present Matters by way of Collateral attack to ensure such fair Trials Hearing or other Matters Plaintiffs are Legally entitled too under both The Cal Const and The US Const

<u>Count 2:</u>  The following civil right has been violated: ___ADA Access___

Discrimination

<span style="font-size:small">(E.g., right to medical care, access to courts,</span>

_____.

<span style="font-size:small">due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)</span>

<u>Supporting Facts:</u>   [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

The Defendents at all times have failed and refused to establish and Maintain Access to Services for individules with Disibilities both physical and Mental as qualified under The ADA which plantifs DO qualify both individually and as class Members Restraining Them in Ad seg Medical housing Depriving Them of all programming Libery Services, religious services, recreational Services, entertainment Services, Educational Service, Mental Health programs, Trusty work services and any and all manner of service That may other wise be available contrary To federal rules of regulation 35.107 and CRC 1.100 and other ADA Laws enacted to protect ADA individules and to provide access and prevent Discrimination Such actions are willful and Deliberately intentional with Defendants refusing to respond to 100s of Administrative grievances or take any corrective action holding plaintiffs under Conditions of punishment for being Disabled and Depriving them of Their Cost protections against Such Cruel & unusual Punishment and equal protection of the law as class members identified as Americans with Disibilities under the ADA

§ 1983 SD Form
(Rev. 8/15)

4

<u>Count 3</u>: The following civil right has been violated: _freedom of religion_

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Defendents are Depriving Plaintilts of The right to practice their religion including Denile of religious services, Books synolism participation in social religious Service Denile of religious Diets and repitious Meal servings, Servings of Non religious food items Plaintilts are class members of Different religious association but are all suffering The Same religious Discrimination and violations as class members That are religiously inclined to such practices

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _Darryl Dunsmore_

Defendants: _State of California et al_

(b) Name of the court and docket number: _3-20-cv-00408 AJB WVG Southern Dist / 9th Cir._

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _Pending on Appeal_

(d) Issues raised: _Meaningful full access to Court_

(e) Approximate date case was filed: _4/6/20_

(f) Approximate date of disposition: _Pending_

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

_3rd level exhaustion by default because defendants refuse to respond at all levels to grievances at all stages which have been directed to defendant with no timely or any response at all or other deliberate interference to deprive class members of exhaustion or Due Process access to Grievance The Government per US Const._

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

Continueveing Discirmns natuen both relegiously and for Disibility and to Continue To Deny Court access, Deny Due process by Denide of tuols necessory .

2. Damages in the sum of $ 60,000,000.00

3. Punitive damages in the sum of $ upon Proof .

4. Other: Trebble Damages explantary Damages .

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☛ Jury ☐ Court.  (Choose one.)

Date  11/8/co

11/8/20

Signature of Plaintiff  Christopher Hawkins

PROOF OF SERVICE BY UNITED STATES MAIL
(Code of Civil Procedure Section 1015)
(28 U.S.C. Section 1746)

I, _Christopher Hawkins_ declare, depose and say, the following statement is true
and correct under penalty of perjury according to the laws of the State of California based
on matters known to me personally to be true:

1) I am over the age of eighteen years, a resident and a state prisoner, of the State of
California with a present mailing address of:

_1173 Front st San Diego Ca 92101_

2) On this _2_ day of _Nov_ 20 _20_, I caused a true and correct copy
of the following specifically described, document(s);

_1983, TRO, ADA Access, nforma paupers,_

at the prison to be placed in a sealed envelope(s), with first postage, having been
placed thereon, duly addressed to the interested person or persona described hereinafter,
and then deposited such envelopes(s) in the regular United States mail, or mail service made
availabe where I am detained, to the addressee(s):

office of assigned Counsel                    1173 Front st
Michael Garcia william                        San Diego Ca 92101
tranner San Diego County
Jail San Diego County
Jackie brader

3) I declare that there has been regular U.S. mail pick-up by correctional officers at the
prison, and/or delivery service, at the places(s) where I posted the envelopes described
above, regular communication by mail between the place of mailing and the place so
addressed.

_Christopher Hawkins_

Executed this _8_ day of _Nov_, 20 _20_, under penalty of perjury
according to the laws of the State of California, at ...

